UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF: )
)
MATTHEW EDWARD BUCKLEY, ) CASE NO. 08-11469
ROBERTA JEAN BUCKLEY, ) Chapter 7
DEBTOR(S). )

## NOTICE OF SMALL DIVIDENDS

Martin E. Seifert, Trustee of the estate of the above-named Debtor(s), now files this Notice of Small Dividends pursuant to FRBP 3010 and 3011. The Trustee has filed his Final Report and Distribution Summary and no objections having been filed to same, the Trustee has disbursed funds as proposed. Trustee notes that the following creditor(s) are to receive dividends of less than $5.00:

| **CREDITOR** | **ADDRESS** | **DIVIDEND** |
|---|---|---|
| PYOD LLC its successors and assigns as assignee of Citibank | Resurgent Capital Services P.O. Box 10587 Greenville, SC 29603-0587 | $3.59 |
| Spirit of America National Bank/ Fashion Bug First Express | P.O. Box 856021 Louisville, KY 40285 | $2.14 |
| Indiana Medical Associates LLC | 7900 W. Jefferson Blvd. Suite 201 Fort Wayne, IN 46804 | $0.90 |
|  | Total | $6.63 |

- 2 -

**WHEREFORE**, Trustee is depositing the total sum of $6.63 with the Clerk of the U.S. Bankruptcy Court, representing small dividends in the above-referenced bankruptcy case.

Dated:   December 23, 2009

                                            **Respectfully submitted,**

                                            **CHAPTER 7 TRUSTEE**
                                            **444 EAST MAIN STREET**
                                            **FORT WAYNE, INDIANA 46802**
                                            **TELEPHONE: (260) 426-0444**
                                            **FAX: (260) 422-0274**
                                            **EMAIL: mseifert@hallercolvin.com**

                                            **BY:** /s/ Martin E. Seifert
                                                  **MARTIN E. SEIFERT**
                                                  **I.D. #16857-02**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the above and foregoing Notice of Small Dividends has been sent electronically by the Court's electronic filing service or by first class United States mail, postage prepaid, this 23rd day of December, 2009, to:

>Yvette Gaff Kleven, Esq.
>Skekloff Adelsperger & Kleven LLP
>927 S. Harrison St.
>Fort Wayne, IN 46802
>
>United States Trustee
>555 One Michiana Square
>100 East Wayne Street
>South Bend, Indiana 46601
>
>PYOD LLC its successors and assigns as assignee
>  of Citibank
>Resurgent Capital Services
>P.O. Box 10587
>Greenville, SC 29603-0587
>
>Spirit of America National Bank/Fashion
>   Bug First Express
>P.O. Box 856021
>Louisville, KY 40285
>
>Indiana Medical Associates LLC
>7900 W. Jefferson Blvd.
>Suite 201
>Fort Wayne, IN 46804

    /s/ Martin E. Seifert
**MARTIN E. SEIFERT**